IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZACHARIAH ROGERS | : | |
| Plaintiff | : | |
| v | : | Civil Action No. PJM-07-2582 |
| OFFICE OF THE PUBLIC DEFENDER and MITCHELL EGBER | : | |
| | : | |
| Defendants | | |

o0o

**MEMORANDUM OPINION**

The above captioned civil rights action was filed on September 25, 2007. Plaintiff, an inmate at Eastern Correctional Institution, seeks monetary damages for legal malpractice against Defendants in the context of post-conviction proceedings filed on his behalf. Paper No. 1. His request to proceed without payment of filing fees shall be granted.

To the extent the Complaint alleges legal malpractice, it fails to state a federal cause of action. Legal malpractice is a state cause of action which may only be filed in this court if there is another basis for jurisdiction such as diversity of citizenship among the parties. There is no basis for jurisdiction in this case as both Plaintiff and Defendants are residents of Maryland.

To the extent the complaint raises a constitutional claim regarding Plaintiff's Sixth Amendment right to counsel, it must be dismissed without prejudice. Monetary damages for alleged constitutional rights violations occurring in the course of criminal prosecution are unavailable unless and until the conviction is reversed, expunged, invalidated, or impugned. *See Heck v. Humphrey*, 512 U. S. 477, 487 (1994).

Plaintiff does not indicate his conviction indicate his conviction has been invalidated. A separate Order dismissing the claims without prejudice follows.

October 4, 2007                                              /s/
                                                   PETER J. MESSITTE
                                            UNITED STATES DISTRICT JUDGE